IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BONITA SUMLIN ESKRIDGE,  )
    Plaintiff,  )
      )
    v.  )  Civil Action No. 05-235
      )
COMMISSIONER OF SOCIAL  )
SECURITY,  )
    Defendant.  )

O R D E R

AND NOW, this 20th day of August, 2005, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying her claim for a period of disability or for disability insurance benefits and supplemental security income benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is incorporated and adopted as the Opinion of this Court,

IT IS ORDERED that the defendant's motion for summary judgment (Docket No. 9) is granted, and that the decision of the Commissioner is affirmed.

                                                            United States District Judge

cc:  Bonita Sumlin Eskridge
     1120 McCleary Street
     McKeesport, PA 15132-1911

     All Counsel of Record

     Honorable Robert C. Mitchell
     United States Magistrate Judge